```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 18694
   RONALD BALL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6828


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/11/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------------------
BMW FINANCIAL SERVICE NA NOTICE ONLY    NOT FILED             .00             .00
ABN AMRO                 CURRENT MORTG        .00             .00             .00
ABN AMRO                 MORTGAGE ARRE  45000.00              .00             .00
BMW FINANCIAL SVC        UNSECURED      NOT FILED             .00             .00
WORLD FINANCIAL NETWORK  UNSECURED         261.66             .00             .00
BMW FINANCIAL SERVICES N SECURED NOT I  35647.24              .00             .00
DAIMLER CHRYSLER FINANCI SECURED NOT I  31456.46              .00             .00
CENLAR FSB               CURRENT MORTG        .00             .00             .00
CENLAR FSB               SECURED NOT I  43361.65              .00             .00
ROUNDUP FUNDING LLC      SECURED NOT I   1348.86              .00             .00
BROOKINS & WILSON        DEBTOR ATTY         .00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                       .00                     .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 18694 RONALD BALL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                                              PAGE   2
          CASE NO. 07 B 18694 RONALD BALL
```